**Electronically Filed**
**Supreme Court**
**SCWC-29877**
**23-MAR-2011**
**10:21 AM**

NO. SCWC-29877

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF RICHARD BLAISDELL

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29877; CIVIL NO. 08-1-0958)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellant Richard Blaisdell's

application for writ of certiorari, filed on February 7, 2011, is

hereby accepted.

DATED:  Honolulu, Hawaiʻi, March 23, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Richard Blaisdell,
Petitioner/Plaintiff-
Appellant *pro se*
on the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.  Associate Justice McKenna was sworn in on March 3, 2011. She was previously assigned by reason of vacancy on February 15, 2011.